

# COURT OF APPEALS

## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-17-00263-CV

IN THE MATTER OF J.B.

------------

FROM THE 323RD DISTRICT COURT OF TARRANT COUNTY
TRIAL COURT NO. 323-103998-16

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

We have considered "Appellant's Motion to Dismiss Appeal" and see no reason not to grant it. We therefore grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

PER CURIAM

PANEL:  KERR, WALKER, and PITTMAN, JJ.

DELIVERED:  October 26, 2017

---

[1]*See* Tex. R. App. P. 47.4.